James L. Gross, appellee, v. Fred V. Maguire et al., defendants, on appeal of Thomas J. McNamara, appellant. Gen. No. 37,489.

 Opinion filed May 8, 1934.

Martin Walsh, for appellant. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.